UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
SALMAN MUZAFAR also known as
Sulman Muzaffar,

Plaintiff,

v.

JUDGMENT
25-cv-2322 (CBA)

KRISTI NOEM, Secretary, U.S. Department of Homeland Security, KIKA SCOTT, Senior Official Performing the Duties of the Director, U.S. Citizenship and Immigration Services,

Defendants.
--------------------------------------------------------------X

An Order of the Honorable Carol B. Amon, United States District Judge, having been filed on January 5, 2026, dismissing this case without prejudice as moot, *See Ye v. Kelly*, No. 17-CV-3010 (BMC), 2017 WL 2804932, at *2 (E.D.N.Y. June 28, 2017); it is

ORDERED and ADJUDGED that this case is dismissed without prejudice as moot. *See Ye v. Kelly*, No. 17-CV-3010 (BMC), 2017 WL 2804932, at *2 (E.D.N.Y. June 28, 2017).

Dated: Brooklyn, New York
January 6, 2026

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk